```
ED DUNLAVEY
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES GOVERNMENT,    )    CASE NUMBER 6:09-mj-150-YNP
                             )
          Plaintiff,         )
                             )    STIPULATION TO CONTINUE
     vs                      )    TRIAL
                             )
                             )
                             )
STEPHEN E. SCHAFFER          )    Date: August 26, 2009
                             )    Time: 10:00 a.m.
          Defendant.         )    Court: U.S. Magistrate
_____)    Judge: Hon. S. Allen Alexander
_____)
```

IT IS HEREBY STIPULATED by and between ED DUNLAVEY, the Legal Officer for the United States Government and Defendant, STEPHEN E. SCHAFFER, and his Attorney of record, JASON CARR, FEDERAL DEFENDER'S OFFICE, that the trial in the above-captioned matter scheduled for August 19, 2009, be continued until August 26, 2009, at 10:00 a.m.

Dated: August 13, 2009

                                          By: /S/ Ed Dunlavey
                                          ED DUNLAVEY
                                          Legal Officer

Dated: August 13, 2009

                                          By: /S/ Jason Carr
                                          JASON CARR
                                          Attorney for STEPHEN SCHAFFER

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance in the Trial scheduled for August 19, 2009, to August 26, 2009, at 10:00 a.m. and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. Trial shall be continued to August 26, 2009.

It is so ordered:

IT IS SO ORDERED.

**Dated:   August 17, 2009            /s/ S. Allan Alexander**
UNITED STATES MAGISTRATE JUDGE