| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
STEPHEN SCHAFFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 6:09-mj-0150 YNP |
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO CONTINUE  STATUS |
| v. | ) | CONFERENCE; ORDER |
| | ) | |
| STEPHEN SCHAFFER, | ) | Date:  April 27, 2010 |
| | ) | Time:  10:00 a.m. |
| *Defendant.* | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 2, 2010, **may be continued to April 27, 2010 at 10:00 A.M.**

This continuance is at the joint request of counsel to allow the appellate process to proceed prior to the review hearing.  Mr. Schaffer filed a timely appeal on December 7, 2009.  On December 24, 2009, the government requested and received a 21- day extension.  Accordingly, the parties are now requesting that Mr. Schaffer's review hearing be continued to accommodate the appellate process.

///

////

///

///

///

Defendant's Stipulation and Proposed Order

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 7, 2010 | By: /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer for<br>National Park Service |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 7, 2010 | By: /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Stephen Schaffer |

## O R D E R

The Court, having reviewed the above request to continue the review hearing now set for February 2, 2010, HEREBY ORDERS AS FOLLOWS:

1. The Review Hearing set for February 2, 2010 is continued until April 27, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 11, 2010**            /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

Defendant's Stipulation and Proposed Order
To Continue Review Hearing            2