Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:09-mj-150-YNP |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND [PROPOSED] ORDER |
| v. ) | THEREON |
| ) | |
| STEPHEN E. SCHAFFER ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal with prejudice.

Dated: February 11, 2010                    NATIONAL PARK SERVICE


                                            /S/ Susan St. Vincent
                                            Susan St. Vincent
                                            Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

**Dated:   February 13, 2010**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1